```
15:15:43                    SECONDARY INSPECTION              09/19/2012 T2MQK8
TID=V44M ENTRY: 03/28/2012                          UPDATE: 03/28/2012 T2PQK824
INSPECTION DTE: 03/28/2012  PORT/SITE: 1108/A111 CBP-PHILADELPHIA, INTL AIRP

LAST NAME:* CONOVER
     FIRST:* GERRETT            DOB:* 06301965 RCPT#:
  DOC TYPE:  P       #: 210113426       ISSUING CNTRY:   US          ID-ST:

    GENDER:* M      RACE:* W  WHITE      HISPANIC:*  N (Y/N)
   CARRIER:* US     FLT/VES #:* 751      FLT/VES CREW:* N (Y/N)
    IN/OUT:* I      DEPART/DESTIN:* BRU   EMBARK:* BRU

REFERRING OFFICER CODE:* RVR    ROVER
   REASON FOR REFERRAL:* ENF    ENFORCEMENT REFERRAL

BAG EXAM:* Y (Y/N) # BAGS X-RAYED: 00   PRSNL SRCH:* N (Y/N)  # PAX ON DEC:* 1
POS/NEG INSP:* N (P/N/U)  REFERRAL TIME:* 13 : 20  COMPLETION TIME:* 13 : 31
                IOEM:* N (Y/N) IOEM#:                CCD USED:  N (Y/N)
  CAT 1 OR 2:      VIOL CDS:
  INCIDENT #:                  REMARKS: M (X MORE)   INSP COMPLETE:* Y (Y/N)
                          **  SECONDARY INSPECTION COMPLETE  **

(PF1/PF2=HELP)   (PF3=MAIN)    (PF4=PREV)     (PF8=REMARKS)    (PF10=CHECKLIST)
(PF9=VIEW ACCESS)  (PF14/PF15=LINKLIST)   (PF16=PRINT)    (PF17=HOME RECORD)
```

```
15:16:00                    _O25 INSPECTION REMARKS              09/19/2012 T2MHR1
TID=V44M                                                                    T2PHR105
                                                                     PAGE    1
+-------------------- I N S P E C T I O N   R E M A R K S --------------------+
SUBJECT WAS REFERRED FROM EGRESS FOR HAVING US GOOD RETURNED WORTH MORE THAN
$2,500USD. WHILE IN BAGGAGE CONTROL SECONDARY, THE SUBJECT WAS QUERIED
AND NO PRIOR WARNINGS WERE GIVEN.
TODAY THE SUBJECT WAS ADVICED THAT HE CAN EITHER DO AN ATA CARNET OR FILL
OUT A CBP FORM 3311 DECLARATION FOR FREE ENTRY OR RETURNED AMERICAN PRODUCTS.
NO OTHER ISSUES.
THE SUBJECT WAS ACCOMPANIED BY MR. DANIEL J. BRAVERMAN (PRESIDENT) OF RADIO
SYSTEMS LOCATED AT:
601 HERON DR
LOGAN TOWNSHIP
NEW JERSEY 08085



+----------------------------------------------------------------------------+

    (PF7=PREV)    (PF8=NEXT)    (CLEAR=EXIT)
```