```
15:51:44              TECS II - INCIDENT LOG           08/19/2013
                        SUMMARY INFORMATION

INCIDENT REPORT NUMBER:                  APPROVAL STATUS: APPROVED
PORT CODE:* 0701    LOCATION: OGDENSBURG
SITE:* L071   OGDENSBURG, PORT OF ENTRY       DATE:* 09162012   TIME:* 1600
INCIDENT TYPE:* N PERSONAL SEARCH PERFORMED (Y/N):
TSDB ENCOUNTERED (Y/N):   NTC LOG NUMBER:           JTTF RESPONSE (Y/N):

LASTNAME:* CONOVER
FIRSTNAME:* GERRETT              MI: H  DATE OF BIRTH:* 06301965
ADDRESS:
CITY:                            STATE: NJ ZIP: 08085    COUNTRY: US
RACE:* W  HISPANIC:* N  GENDER:* M  HT:    WT:    HR:    EYES:    CITZ:* US
 CONVEYANCE TYPE: A AUTO         IN/OUT:* I P/R TYPE:    FLED TO COUNTRY:
 - CARRIER:    FLT/VES#:         CRW:    DEPART/DESTIN:  DPT/DEST CNTRY:
 - LICENSE-YEAR: 12   STATE: PA  COUNTRY: US  NUMBER: 59HP    PASSENGERS: 01
PRIMARY OPCR ID:*              RISHE/A-CBP OFFCR-C
SUPERVISOR ID:*                TENNANT/K-SUPVY CBP OFFCR-C


    (PF1=HELP) (PF2=FLD HELP) (PF3=MAIN MENU) (PF4=PREV MENU) (PF8=NEXT PAGE)
      (PF9=VIEW ACCESS)               (PF16=PRINT) (PF10=IMAGE)
```

```
 15:51:46           TECS II - INCIDENT LOG           08/19/2013
                    NEGATIVE SEARCH DETAILS

INCIDENT RPT#:           | NAME: GERRETT H CONOVER
 EMBARKING APT/CNTRY:                    DECLARATION: W (O=ORL,W=WRTN)
  REFERRING OFCR CDE:* PRI PRIMARY
  REASON FOR SEARCH:* 007 OFFICER SAFETY      , 004 ,
SEARCH TYPE:* P                          A-FILE #:

BODY SCAN OFFERED:* N (Y/N)  REASON CODE:  N NOT AT LOCATION
  PORT DIR NTFD:   (Y/N/D) DTE:        TME:  :     2 HR DETENTION:* Y
    CHIEF CNSL NTFD:* N (Y/N)    8 HOUR DETENTION - AUSA NOTIFIED:* N (Y/N)
SEARCH - TIME START:  11 : 15  TIME COMPLT:  11 : 16  FUNDS ON PAX:    20

   SEARCHING OFFICER:* _____ .     RISHE/A-CBP OFFCR-C
   AUTHORIZE OFFICER:*                  TENNANT/K-SUPVY CBP OFFCR-C
          WITNESS:
   REASON FOR SEARCH:* OFFICER SAFETY.



        (PF1=HELP) (PF2=FLD HELP) (PF3=MAIN MENU) (PF4=PREV MENU)
        (PF7=PREV PAGE) (PF8=NEXT PAGE)           (PF19=SEND TO SUPERVISOR)
```

```
· 15:51:50:39            TECS II - INCIDENT LOG        08/19/2013
                                 REMARKS
   INCIDENT REPORT NUMBER:
   NAME: GERRETT H CONOVER                              PAGE    A
   REMARKS:                                                     1
   On September 16, 2012, at 0812 hours, CONOVER, Gerrett (063065), COC: US
   arrived at the Ogdensburg, NY Port of entry in a 1970 Mercedes Benz 600SWB
   displaying Pennsylvania license plate PA 59HP accompanied by passenger
   ENGLISH, Jack (021545) COC: US and applied for entry.

   Primary queries resulted in a TECS hit on Mr. CONOVER involving child porn.
   entered by Homeland Security Investigations (HSI).  Primary queries on Mr.
   ENGLISH were negative. The vehicle and occupants were referred to secondary.

   During the secondary inspection Mr. CONOVER and Mr. ENGLISH claimed to be
   returning from an antique Mercedes Benz show in Ottawa, Ontario, Canada.
   A CBP form6059 were completed by both subjects with nothing declared.

   CBPO Rishe and CBPO Pinkerton searched the vehicle and found luggage bags
   with clothing, two laptop computers and two cell phones.
                                                                   MORE...

    (PF1=HELP) (PF2=FLD HELP) (PF3=MAIN MENU) (PF4=PREV MENU) (PF7=PREV PAGE)
    (PF8=NEXT PAGE)
```

```
· 15:51:55:70          TECS II - INCIDENT LOG           08/19/2013
                         REMARKS - CONTINUED
INCIDENT REPORT NUMBER:                                        A
NAME: GARRETT H CONOVER                                   PAGE   2
REMARKS:
```

HSI was then contacted at approximately 0845 hours and stated that they were interested in looking at the electronic media in the vehicle.

HSI responded to the POE at 1015 hours and began examining electronic media. The search by HSI conducted on CONOVER's laptop yielded pornographic images of young boys. For officer safety, Mr. CONOVER was patted down before being interviewed. Mr. CONOVER and Mr. ENGLISH were interviewed by HSI.

Mr. English was allowed to proceed on his trip with HSI detaining his laptop for further review.

Federal prosecution of Mr. CONOVER was accepted by the AUSA. Mr. CONOVER's computer, cell phone and personal belongings were seized and Mr. CONOVER was arrested by HSI Special Agents Losito and Young.

MORE...

(PF1=HELP) (PF2=FLD HELP) (PF3=MAIN MENU) (PF4=PREV MENU) (PF7=PREV PAGE)
(PF8=NEXT PAGE) (PF10=FIRST PAGE)

```
· 15:51:57:02          TECS II - INCIDENT LOG          08/19/2013
                         REMARKS - CONTINUED
  INCIDENT REPORT NUMBER:                                         A
  NAME: GARRETT H CONOVER                              PAGE    3
  REMARKS:
```

Mr. CONOVER was taken to the St. Lawrence County Jail in Canton, NY until his arraignment in Plattsburg, NY early next week. HSI - ( ), and FPS Case # relate.

TIMELINE OF EVENTS:

08:12 Mr. CONOVER and Mr. ENGLISH arrive at the Ogdensburg, NY POE.
08:45 HSI contacted and said they will respond to POE.
10:05 PD Walker and Chief Preston contacted by Supervisor Tennant.
10:15 HSI arrives at Ogdensburg POE.
10:45 Mr. English interviewed by HSI
11:40 Mr. CONOVER patted down for interview with HSI agents.
13:00 Mr. CONOVER arrested and taken to St. Lawrence County jail by HSI.

Supervisor's note: CONOVER was given an immediate patdown for weapons @ 1140 hours by CBPO T. RISHE and witnessed/approved by SCBPO TENNANT.


   (PF1=HELP) (PF2=FLD HELP) (PF3=MAIN MENU) (PF4=PREV MENU) (PF7=PREV PAGE)
   (PF8=NEXT PAGE) (PF10=FIRST PAGE)