**Marsh Law Firm PLLC**
P.O. Box 4668 #65135
New York, NY 10163-4668
Phone (646) 230-8543/ Fax (212) 980-4055 / email alinzer@marshlaw.net

December 24, 2013

<u>Via ECF</u>

Honorable Noel L. Hillman
United States District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:  *United States of America v. Gerret Conover*, No. 13-CR-00516 (NLH)

Dear Judge Hillman:

     We represent Child Pornography Victim Andy in connection with the above-referenced matter.  At the December 18, 2013 Court Appearance, the Court requested that we submit a proposed order in connection with Victim Andy's Motion Asking the Court to Inform the Defendant of the Plea Agreement's Restitution Consequences, to Inform the Defendant that He Should Not Reduce or Dissipate Assets, to Proceed by Pseudonym, and to Receive CM/ECF Notices dated December 17, 2013.  The proposed order is attached hereto.

                                        Respectfully Submitted,

                                        /s/Alexander Linzer