UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,
                Plaintiff,

v.

GERRETT CONOVER,
                Defendant,

ANDY, CHILD PORNOGRAPHY VICTIM,
                Crime Victim.

Case No. 1:13-CR-00516-NLH

RESTITUTION ORDER

---

Based on the United States Department of Justice's notice to "Andy" that he was a victim of child pornography crimes of Defendant Gerrett Conover, Andy's appearance in this case, Andy's submission of a request for restitution from the defendant, an agreement between the defendant and Andy setting forth certain stipulated facts and agreeing that restitution would be paid to Andy in a certain amount, and the entire record in this case, the Court hereby makes the following findings pursuant to 18 U.S.C. § 2259:

1. The minor person known by the pseudonym "Andy", who is depicted in the child pornography series identified as "Sponge B", is a victim of Defendant Conover's crimes;

2. In or about 2012, Defendant Conover knowingly distributed one child pornography image from the Sponge B series in violation of 18 U.S.C.

1

§ 2252A(a)(2) and knowingly possessed four child pornography images from the Sponge B series in violation of 18 U.S.C. § 2252A(a)(5)(b);

3. Defendant Conover's distribution and possession of the images from the Sponge B series proximately caused a portion of victim Andy's general losses;

4. Defendant Conover and victim Andy, through counsel, agreed that an order and payment of restitution in the amount of $35,000 would satisfy Andy's restitution request submitted in this case;

5. On or about January 26, 2016, the defendant made payment of $35,000 pursuant to a settlement reached with Andy in anticipation of this Court issuing a restitution order;

6. The agreed-upon amount of restitution compensates Andy for the "full amount of the victim's losses" regarding this defendant, pursuant to 18 U.S.C. § 2259(b)(1); and

7. The defendant's payment of $35,000 compensates Andy for his restitution claims only against the defendant, and such payment does not compensate Andy for any other claims he may have against the defendant.

Accordingly, this 27 day of January, 2016, it is hereby

ORDERED that Defendant Gerrett Conover is required under 18 U.S.C. § 2259 to pay "Andy", the victim in the Sponge B series, the lump-sum amount of $35,000 for distribution of one child pornography image from the Sponge B series in violation of 18 U.S.C. § 2252A(a)(2) and possession of four child pornography

2

images from the Sponge B series in violation of 18 U.S.C. § 2252A(a)(5)(b); and it is

FURTHER ORDERED that, by paying $35,000 to Andy, Defendant Conover has satisfied his restitution requirement; and it is

FURTHER ORDERED that Defendant Conover's satisfaction of his restitution requirement or Andy's receipt of the restitution proceeds in no way limits or otherwise restricts Andy's pursuit of other claims against Defendant Conover that may arise out of the crimes he committed against Andy.

IT IS SO ORDERED.

*Noel L. Hillman*
Noel L. Hillman
United States District Court Judge