# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

No. 15-3585
_____

UNITED STATES OF AMERICA

v.

GERRETT CONOVER
a/k/a
PETER HANSEN
a/k/a
PETERSNEAKS
a/k/a
SNEAKSRCOOL
a/k/a
PLASTICNPVC

Gerrett Conover,
     Appellant

_____

On Appeal from the District Court
for the District of New Jersey
(District Court No.: 1-13-cr-00516-001)
District Judge: Honorable Noel L. Hillman

_____

Submitted under Third Circuit L.A.R. 34.1(a)
on September 22, 2016

Before: McKEE, Chief Judge*, HARDIMAN and RENDELL, Circuit Judge

**JUDGMENT**

 *Judge McKee was Chief Judge at the time this appeal was submitted.  Judge McKee completed his term as Chief Judge on September 30, 2016.

This case came on to be heard on the record before the United States District Court for the District of New Jersey and was submitted under Third Circuit L.A.R. 34.1(a) on September 22, 2016.

On consideration whereof, is it now here,

**ORDERED and ADJUDGED** by this court that the Judgment of the District Court entered October 22, 2015, be and the same is hereby **AFFIRMED**.

All of the above in accordance with the Opinion of this Court.

    ATTEST:

    s/Marcia M. Waldron
    Clerk

Dated: December 12, 2016